IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR301 |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT HOLLOWAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue change of plea hearing (Filing No. 29). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; the Rule 11 hearing is rescheduled for:

**Tuesday, April 5, 2016, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to finalize plea negotiations, and it will accommodate the schedule for defendant's treatment, as well as of the Court and counsel. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between February 25, 2016, and April 5, 2016, shall be deemed excludable time in any computation